**Order filed April 17, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00055-CV

_____

**E & E SERVICE & SUPPLY, INC., Appellant**

**V.**

**CYNTHIA G. RUDDICK, DAVID R. RASCO, AND
ALIEN MANUFACTURING, INC., Appellees**

**On Appeal from the County Court at Law
Ector County, Texas
Trial Court Cause No. CC-23,487**

## O R D E R

E & E Service & Supply, Inc. filed a notice of appeal from a trial court order that granted the defendants' no-evidence and traditional motions for summary judgment. When the clerk's record was filed in this case, this court questioned the finality of that order and requested that E & E file a response showing grounds to continue. E & E has responded as requested. However, because we do not believe the order is a final, appealable order, we abate the appeal.

The defendants—Cynthia G. Ruddick, David R. Rasco, and Alien Manufacturing, Inc.—filed their motions for summary judgment on October 1, 2013. After the defendants filed their summary judgment motions, E & E filed an amended petition that added a cause of action for conspiracy. The amended petition was timely filed. *See* TEX. R. CIV. P. 63; *Sosa v. Cent. Power & Light*, 909 S.W.2d 893 (Tex. 1995). The defendants did not amend or supplement their motions for summary judgment to address the conspiracy claim. Nor is the conspiracy claim mentioned in the trial court's order granting summary judgment.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). We determine whether a judgment is a final, appealable judgment based on the language in the judgment and the record of the case. *Lehmann*, 39 S.W.3d at 195. A judgment is final and appealable if it disposes of all parties and all claims in the case. *Id.* The order from which E & E attempts to appeal does not dispose of all of E & E's claims, nor does the order contain any language indicating that it is final and appealable. Therefore, it is not a final, appealable order.

Consequently, we abate the appeal pursuant to TEX. R. APP. P. 27.2 to permit the trial court to enter a final order or judgment. If a final, appealable order or judgment has not been entered by May 15, 2014, this court may dismiss this appeal. *See* TEX. R. APP. P. 42.3. If a final judgment or order is entered by that date, the parties are ordered to notify this court immediately.

The appeal is abated.


April 17, 2014                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2